United States District Court
Southern District of Texas
**ENTERED**
September 27, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:19–cr–01296 |
| | § | |
| Ricardo Serna | § | |

# ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for October 1, 2019 at 10:30 AM before United States Magistrate Judge J Scott Hacker at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **September 27, 2019**